NVB 105-2 (Effective 1/17)

Attorney _____
Nevada Bar # _____
Firm Name _____
Address _____
City, State, Zip _____
Phone Number _____
Email Address _____
Pro-se Debtor _____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In re: ) BK-S-
)
) CHAPTER 13
)
) **EX PARTE MOTION FOR REFERRAL**
) **TO MORTGAGE MODIFICATION**
Debtor(s). ) **MEDIATION PROGRAM**

    The Debtor files this Ex Parte Motion for Referral to Mortgage Modification Mediation Program ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and _____ ("Lender") to Mortgage Modification Mediation ("MMM") Program and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, Chapter 13 on _____.

2. This Motion is being filed:

    ☐ within ninety (90) days after the petition date.

    ☐ later than ninety (90) days after the petition date for the following reason(s):
    _____
    _____.

- 1 -

3. Debtor requests MMM for real property ("Property") located at the following street address: _____. The account number for this Property is _____ (last four digits).

    a. The Property is (check one box):

        ☐ the Debtor's primary residence.

        ☐ not the Debtor's primary residence.

    b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

        ☐ Debtor only.

        ☐ Debtor and non-filing co-obligor/co-borrower/third party.

    Contact information for co-obligor/co-borrower/third party:

        Name: _____

        Address: _____

        _____

        Telephone: _____

        Email: _____

    ☐ Other:

        Name: _____

        Address: _____

        _____

        Telephone: _____

        Email: _____

     c. If applicable, Debtor has filed with this Motion the MMM Local Form "Third-Party Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

4. Debtor: ☐ has ☐ has not (check one) previously sought Mortgage Modification Mediation for the subject property. (If previously sought in this or any other Chapter 13 case, identify all bankruptcy case number(s) and result of Mortgage Modification Mediation(s): _____

    _____).

5. Prior to filing this motion, Debtor has completed the initial loan modification forms completed using the court-approved Document Preparation Software, and collected the supporting documentation required for submission to Lender for review through the MMM Portal. Debtor has paid the Document Preparation Software fee to the approved vendor.

6. Prior to filing this motion, Debtor has determined that:

    ☐ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

    ☐ Lender is not registered. Debtor requests the Court require Lender, within seven days after the entry of the Order, to register with the MMM Portal and provide to the MMM Portal vendor any forms or documents which Lender may require to initiate a review under the MMM. The MMM Portal vendor shall post any such forms or documents to the Lender's profile on the MMM Portal.

7. Debtor requests Lender consider (check as many boxes as applicable):

    ☐ a loan modification.

- 3 -

☐ a deed in lieu of foreclosure.

☐ surrender options.

☐ other: _____.

8. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

   b. Debtor represents that the property ☐ has or ☐ has not been listed for sale.

9. Debtor has verified the eligibility of _____ to serve as a Mediator under the MMM Procedures and requests that the Court assign this individual as the Mediator in the case.

10. If the Debtor is represented by an attorney, Debtor remitted the required Mediator's fee pursuant to the MMM Procedures to the Debtor's attorney, or has made other arrangements with Debtor's attorney for payment of the Mediator's fee. Debtor understands and acknowledges that after the Mediator is assigned, the Mediator's fee is not refundable for any reason at any time.

11. If the Debtor is not represented by an attorney, the Debtor obtained a money order or a cashier's check to pay the required Mediator's fee pursuant to the MMM Procedures, and a copy of that money order or cashier's check is attached. Debtor understands and acknowledges that after the Mediator is assigned, the Mediator's fee is not refundable for any reason at any time.

12. Within seven days after entry of an Order Granting Ex Parte Motion for Referral to Mortgage Modification Mediation Program, Debtor shall pay a non-refundable MMM Portal submission fee to the MMM Portal vendor and upload to the MMM Portal:

- 4 -

       a. A copy of the Order referring the case to the MMM Program; and

       b. Debtor's Prepared Package (prepared using the Document Preparation Software);

13. Within seven (7) days after entry of an Order Granting Ex Parte Motion for Referral to Mortgage Modification Mediation Program, Debtor shall identify the assigned Mediator on the MMM Portal.

14. Debtor will forward the Mediator's fee directly to the Mediator within seven (7) days after receiving initial contact and payment instructions from the assigned Mediator on the MMM Portal.

15. If Debtor is represented by counsel, Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

16. If Debtor is not represented by counsel, Debtor may be contacted at the following phone number(s) and email address:

    _____

    _____.

17. If this Chapter 13 case is dismissed, converted, or otherwise removed from the District of Nevada prior to Debtor's completion of the MMM Program, the MMM proceedings in the case will immediately terminate and the parties will be relieved of the requirements of the MMM Program procedures;

    WHEREFORE, Debtor requests that this Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

_____                         Dated: _____
Attorney for Debtor(s) or Pro Se Debtor

## **DEBTOR'S VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct on _____, 20_____.

_____          _____
Debtor                                                                Debtor

Submitted by:

 Tricia M. Darby
_____                                Dated: _____
Attorney for Debtor(s) or Pro Se Debtor

- 6 -