|   |   |
|---|---|
| KEVIN A. DARBY, ESQ. (#7670)<br>TRICIA M. DARBY, ESQ. (#7956)<br>DARBY LAW PRACTICE, LTD.<br>4777 Caughlin Parkway<br>Reno, Nevada 89519<br>Telephone: (775) 322-1237<br>Facsimile: (775) 996-7290<br>E-mail: tricia@darbylawpractice.com | *Electronically filed 10/18/2018* |

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

STEVEN M. WALDREN,

Debtor.

_____/

CASE NO.   BK-N-18-50897-BTB
Chapter 13

**DECLARATION OF STEVEN M. WALDREN IN SUPPORT OF OPPOSITION TO HMC ASSETS, LLC'S MOTION TO DISMISS**

Hearing Date: November 1, 2018
Hearing Time: 3:00 p.m.

STEVEN M. WALDREN, under penalty of perjury, states as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case, which was filed on August 14, 2018.

2. I live at 480 Hay Bale Drive through his Chapter 13 bankruptcy (the "Hay Bale Property").

3. Prior to filing this Chapter 13 bankruptcy case, I defaulted on my mortgage for the Hay Bale Property, which resulted in a notice of default starting the foreclosure process. I tried to mediate a resolution of the mortgage through the State of Nevada Mediation Program, but was not successful. However, my income has increased since the time I applied for the modification through the mediation program. I believe my increased income will qualify me for a loan modification.

4. The goal of my Chapter 13 is to obtain a loan modification on the Hay Bale Property. However, I may decide to cure the mortgage if I am not able to reach a modification with my lender.

5. I have already enrolled to participate in the Chapter 13 Mortgage Modification

1

Mediation Program and I understand that process is proceeding as required.

6. I do not believe that I misrepresented any facts in my bankruptcy petition or my plan. I have been honest and forthcoming with this Court, my creditors and the Chapter 13 Trustee.

7. The primary reason for the filing of my case was to save my home from foreclosure.

8. I have no history of filing a bankruptcy case prior to this case, so I have never had a prior bankruptcy case dismissed.

9. This case was not filed to defeat state court litigation. There is no state court litigation pending against me.

DATED this 18th day of October 2018.

                                          */s/ Steven M. Waldren*
By:_____
                                       STEVEN M. WALDREN