NVB 105-7( Effective 1/17)

Attorney Elizabeth F. McCausland
Florida Bar #   0125822
Firm Name    Liz McCausland, P.A.
Address        426 N. Ferncreek Ave.
City, State, Zip Orlando, FL 32803
Phone Number  (407) 992-8824
Email Address Liz@lizlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| | |
|---|---|
| In re: Steven M. Waldren | ) BK-S-18-50897-BTB |
| | ) |
| | ) CHAPTER 13 |
| | ) |
| | ) **FINAL REPORT OF MORTGAGE** |
| | ) **MODIFICATION MEDIATION** |
| Debtor(s). | ) **PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. The initial MMM conference was conducted on November 27, 2018 and the following parties were present:

1. [x] The Debtor and Debtor's attorney, Steven M. Waldren and Tricia Darby, Esq.

2. [ ] The co-obligor/co-borrower/or other third party, _____

   _____

3. [x] The Lender's representative, HMC Assets/ Julian Moreno (asset manager), Barry Smith (Director), Steve Coleman of BSI Financial and Lender's attorney, Jennifer Bergh.

B. The initial MMM conference was scheduled for _____, but not conducted for the following reason:

- 1 -

1. [ ] The parties settled prior to attending.

2. [ ] The case was dismissed.

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [x] Other: The parties failed to reach an agreement.

C. The result of the initial MMM conference is as follows:

1. [ ] The parties reached a Trial Loan Modification agreement.

Dated: November 28, 2018

*/s/ E. McCausland*
Elizabeth F. McCausland
Liz McCauslaMcCausland, P.A.
426 N. Ferncreek Ave.
Orlando, FL 32803
407-992-8824
Liz@LizLawFirm.com